# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**313**
**CA 14-00764**
PRESENT: CENTRA, J.P., PERADOTTO, CARNI, SCONIERS, AND DEJOSEPH, JJ.

---

KELLY G. SHERIDAN, PLAINTIFF-RESPONDENT,

V                                                    MEMORANDUM AND ORDER

DAVID E. SHERIDAN, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

PHILLIPS LYTLE LLP, BUFFALO (MICHAEL B. POWERS OF COUNSEL), FOR DEFENDANT-APPELLANT.

HANCOCK ESTABROOK, LLP, SYRACUSE (JANET D. CALLAHAN OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

KELLY M. CORBETT, ATTORNEY FOR THE CHILD, FAYETTEVILLE.

-----------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Onondaga County (Kevin G. Young, J.), entered January 17, 2014. The order, among other things, directed defendant pay the sum of $44,977.34 to plaintiff's attorney.

It is hereby ORDERED that the order so appealed from is unanimously modified on the law by vacating the award of sanctions and reducing the award of attorney's fees to $38,646.79, and as modified the order is affirmed without costs.

Same memorandum as in *Sheridan v Sheridan* ([appeal No. 1] ___ AD3d ___ [June 19, 2015]).

Entered:  June 19, 2015                          Frances E. Cafarell
                                                 Clerk of the Court